**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2233**

KAREN Y. BAEZ,

      Plaintiff - Appellant,

     v.

SYNECTICS FOR MANAGMENT DECISIONS, INC.; BECKER VISSEPP PSC,
c/o Jane Becker Whitaker, Lawyer; LAW OFFICES OF MATHEW
MUGGERIDGE, c/o Hector I. Hernandez, Lawyer; RICHARD E. HAGERTY;
NIXON PEABODY, c/o Myra A. Benjamin,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Patricia Tolliver Giles, District Judge.  (1:24-cv-01350-PTG-WEF)

Submitted:  April 24, 2025                  Decided:  April 28, 2025

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Karen Y. Baez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Y. Baez appeals the district court's order reviewing her civil complaint pursuant to 28 U.S.C. § 1915, denying her motions for leave to proceed in the district court without prepayment of fees or costs, and denying all other pending motions as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Baez v. Synectics for Mgmt. Decisions, Inc.*, No. 1:24-cv-01350-PTG-WEF (E.D. Va. Nov. 14, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*